LANCE INTERNATIONAL, INC., Appellant, v FIRST NATIONAL CITY BANK, Respondent.

Submitted April 2, 2012; decided June 12, 2012

Motion for leave to appeal dismissed upon the ground that it does not lie from the Appellate Division order, appellant having previously moved for leave to appeal to the Court of Appeals (17 NY3d 922 [2011]) from the same Appellate Division order from which leave to appeal is currently sought (*see 166 Archer Ave. Co., LLC v New York City Health & Hosps. Corp.*, 15 NY3d 839 [2010]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEMETRIO LIFRIERI, Appellant, v WILLIAM A. LEE, Respondent.

Submitted April 23, 2012; decided June 12, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JEFFREY THRALL, Appellant, v CNY CENTRO, INC., et al., Respondents.

Submitted April 2, 2012; decided June 12, 2012

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.